# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-1937

_____

David I. Namer,

*Plaintiff - Appellant,*

v.

United States of America,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: September 6, 2012
Filed: September 12, 2012
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate David Namer appeals the district court's[1] adverse grant of summary judgment in his action brought under the Federal Tort Claims Act. Upon

---

[1]The Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

de novo review, see Meuir v. Greene Cnty. Jail Emps., 487 F.3d 1115, 1118 (8th Cir. 2007), we agree that summary judgment was proper for the reasons the district court stated.  To the extent Namer challenges any of the district court's discovery rulings, we conclude the court did not abuse its discretion.  See id. at 1120.  Accordingly, we affirm the judgment.  See 8th Cir. R. 47B.

_____